## Luke Nevin v. The Johnson Transfer and Fuel Co.

1. VERDICTS—*To be Affirmed When Supported by the Evidence.*— When the verdict is supported by and is in accordance with the clear weight of the evidence and there is no error on the part of the trial judge, it will be affirmed.

Assumpsit, for hay and straw sold, etc. Appeal from the County Court of McLean County; the Hon. ROLAND A. RUSSELL, Judge, presiding. Heard in this court at the November term, 1900. Affirmed. Opinion filed June 10, 1901.

TIPTON & TIPTON, attorneys for appellant.

CALVIN RAYBURN, attorney for appellee.

MR. JUSTICE BURROUGHS delivered the opinion of the court. Appellee, the Johnson Transfer and Fuel Company, sued

appellant, Luke Nevin, before a justice of the peace of Mc-
Lean county, to recover for a lot of hay and straw which
appellee claimed to have sold and delivered to appellant at
his request. Appellant denied having purchased the hay
and straw of appellee, and insisted that it was his son that
purchased it and not he.

The case having been heard by the justice he found for
the appellee and gave judgment in its favor for $24.36,
being the amount claimed. Appellant took the case by
appeal to the County Court, where it was tried by jury and
again resulted in a verdict and judgment in favor of appel-
lee for the same amount.

The error assigned and urged for a reversal of the judg-
ment is that the court gave improper and refused proper
instructions.

We have carefully examined all the instructions com-
plained of, and in view of the evidence in the record, are
satisfied that they contain nothing prejudicial to appellant
because the verdict and judgment are supported by and in
accordance with the clear weight of the evidence, for which
reason we affirm the latter.    Affirmed.